

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00474-CV

**TOKA GENERAL CONTRACTORS** and Moore Sorrento, LLC,
Appellants

v.

**WM. RIGG COMPANY**,
Appellee

From the 17th Judicial District Court, Tarrant County, Texas
Trial Court No. 17-230268-08
Honorable Melody M. Wilkinson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee Wm. Rigg Company recover its costs of this appeal from Appellants TOKA General Contractors and Moore Sorrento, LLC.

SIGNED April 9, 2014.

_____
Karen Angelini, Justice